IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
SAMAR AKINS,                     )
                                 )
              Plaintiff,         )        4:15CV3057
                                 )
      v.                         )
                                 )
MAYOR CHRIS BEUTLER,             )        ORDER AND JUDGMENT
LINCOLN POLICE CHIEF             )
PESCHONG, OFFICER D. NELSON,     )
OFFICER BERGLAND, OFFICER        )
MCANDREXI, SEVERAL UNNAMED       )
OFFICERS, and INTERNAL AFFAIRS   )
SGT. DILSZVEN,                   )
                                 )
              Defendants.        )
_____)
```

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1. This matter is dismissed without prejudice because Akins failed to comply with the filing restrictions imposed on him in this district on January 14, 2015.

2. The clerk of the court is directed to send to Akins a copy of the Court's order imposing the filing restrictions (Case No. 4:14CV3218-LSC-PRSE, Filing No. 9). Akins is advised that he may request and pay for additional copies of the order imposing the filing restrictions by contacting the clerk's office of this Court. He may also ask clerk's office

staff to assist him in obtaining the date of his most recent prior filing of a new case in this district.

      3.   The Motion for Leave to Proceed in Forma Pauperis (Filing No. 2) is denied as moot.

      DATED this 8th day of June, 2015.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court

---

\*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.